IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIMMIE CALVIN ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-1049 |
| ) | |
| SURRY COUNTY SHERIFF'S ) | |
| OFFICE, and BRIAN COCKERHAM ) | |
| Maintenance, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 13, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636. However, Plaintiff filed a letter informing the court he would like to refile this matter at a later date, (Doc. 7), which this court construes as a request for dismissal of this action without prejudice, consistent with the Magistrate Judge's Recommendation. This court concludes there is no objection to the Recommendation.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED**

that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

**IT IS FURTHER ORDERED** that light of this court adopting the Magistrate Judge's Recommendation, Plaintiff's request to refile at a later date, (Doc. 7), is **DENIED AS MOOT.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of February, 2024.

_____
United States District Judge